INSURANCE CO. v. INGRAM, COMR. OF INSURANCE

   · No. 15

   Reported: 301 NC 138

   Petition by plaintiff to rehear denied 6 January 1981

MOODY v. TOWN OF CARRBORO

   No. 28

   Reported: 301 NC 318

   Petition by defendant to rehear denied 6 January 1981